DELTA BRANDS, INC., Petitioner,

v.

BORDEN METAL PRODUCTS
COMPANY, Respondent.

No. B–7549.

Supreme Court of Texas.

July 12, 1978.

Rehearing Denied Oct. 11, 1978.

Oliver A. HOWLAND, Petitioner,

v.

J. T. HOUGH et ux., Respondents.

No. B–6964.

Supreme Court of Texas.

July 19, 1978.

Rehearing Denied Oct. 11, 1978.

Michael R. Cooper, Dallas, for petitioner.

Vinson & Elkins, Ben H. Sheppard, Jr., Houston, McClain, Harrell & McClain, William Cleo McClain, Conroe, for respondent.

PER CURIAM.

None of the points of error brought before this Court concern the holding of the Court of Civil Appeals embodied in the published portion of the opinion. 570 S.W.2d 1.

The application for writ of error is refused, "No Reversible Error."